



EXHIBIT
A

October 25, 2018

Jason Neil Scherer
4939 Sunflower Court
Woodbury, MN 55129

Dear Jason,

It is with great pleasure that I extend this offer of employment to you with Globus Medical, Inc. as a Regional Sales Manager – Imaging, Navigation, Robotics effective ~~October 31,~~ 2018. Your territory and compensation details are given below:    Nov 9,

**Territory:**

Minneapolis, MN

**Compensation:**

2018                                                                   **Monthly Salary:** $9,583

                                                                       **Monthly Auto Allowance:** $500

                                                                       **Minimum Monthly Guarantee Draw (MMGD)**
                                                                       $20,782 until December 31, 2018 if all calculated annual income under the compensation plan listed in this offer (Salary, Auto, Commissions and all eligible Bonuses) is greater than the MMGD paid, the excess amount earned will be paid out in January 15, 2019. If all calculated annual income under the compensation plan listed in this offer is less than the MMGD paid, the difference will be forgiven.

2019:                                                                  2019 Compensation plan to be determined during annual planning meeting.

Expenses Covered:                                                      Business Expenses within Globus Medical policy

Stock Option:                                                          Employee will be eligible to receive a stock option grant to purchase 10,000 shares of Globus Medical common stock vesting over a period of four years. Vesting will begin after two years of service. Employee's stock option will be vested 50% after two years of employment, 75% after three years, and 100% after four years.

---

GLOBUS MEDICAL | 2560 GENERAL ARMISTEAD AVENUE | AUDUBON | PA 19403
VOICE: (610) 930-1800 x 1840 | FAX: (610) 930-1698
HTTP://WWW.GLOBUSMEDICAL.com



*Life moves us*



|  |  |
|---|---|
|  | All stock option grants are conditioned upon approval by the Globus Board of Directors and execution of the Globus Stock Option Agreement and related documents. |
| Healthcare Coverage for Family*: | Independence Blue Cross |
| Dental Coverage: | MetLife |
| Life Insurance: | 1.5 times salary |
| 401K: | Company will match dollar for dollar up to 3% of employee contribution with an annual maximum match of $6,000 (waiting period is three months) |
| Disability: | Basic Short and Long Term is included* |
| Vacation: | 2 weeks per year |
| Sick Days: | 5 days per year |
| Personal Day: | 1 day per year |

All of these benefits will be prorated for 2018 based on your start date.

Reasonable travel and business expenses will be covered (reimbursed) outside the territory and for all Globus meetings with signed approval from Area director and EVP approval.

The terms of this offer of employment are subject to all Globus policies and procedures. Further, the offer is in consideration for and contingent upon you filling out and signing the following documents, as well as a satisfactory background check

- Non Competition and Non Disclosure Agreement
- Employment Papers
- Form I-9 (to determine US employment eligibility)

Your employment with Globus is conditioned on your successful completion of all mandatory Globus training within the assigned timeframes.

Your employment relationship with Globus Medical, Inc. will be 'at-will' meaning that you are free to resign from, and Globus is free to terminate, the employment at any time, for any reason, with or without notice. Nothing in this offer letter shall be construed to alter this at-will employment relationship. Additionally, this offer may be withdrawn at any time at Globus' discretion.

If you accept this offer, please sign below and fax it to 610-930-1698 or scan and send it as an email attachment to gphilip@globusmedical.com or lmcginley@globusmedical.com.



**GLOBUS**
MEDICAL

We value your ability and are happy that you are considering joining Globus Medical. If you have any questions, please feel free to contact me. I look forward to a long and mutually successful association with Globus Medical.

Sincerely,

Gladstone Philip
Director of Human Resources


I accept this offer of employment and I represent that I am not bound by any agreement that would restrict me from being employed as offered.

Jason Neil Scherer

Date: 10-24-18

GLOBUS MEDICAL | 2560 GENERAL ARMISTEAD AVENUE | AUDUBON | PA 19403
VOICE: (610) 930-1800 x 1840| FAX: (610) 930-1698
HTTP://WWW.GLOBUSMEDICAL.com

*Life moves us* ➤